

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA :
:
v. : CASE NO. 3:18mj00027
:
THOMAS WALTER GILLEN :
:

## ORDER

Having considered the United States' Motion to Seal Government's Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and this Order, all relevant law, and there being no opposition thereto, the Court hereby

GRANTS the Motion; and

ORDERS the Clerk to seal the Government's Arrest Warrant, Criminal Complaint, Affidavit, Motion to Seal, and this Order to Seal.

Signed this 27th day of August 2018.

_____
The Honorable Joel C. Hoppe
United States Magistrate Judge