**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

AUG 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Thomas Walter Gillen<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:18mj00027<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11-12, 2017__ in the county of __Charlottesville__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2101 | Riots |
| 18 U.S.C. § 371 | Conspiracy to Riot |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dino Cappuzzo, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/27/2018__

_____
*Judge's signature*

City and state: __Charlottesville, Virginia__   Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*