CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:18-MJ-00024 |
| | : | 3:18-MJ-00025 |
| BENJAMIN DRAKE DALEY, | : | 3:18-MJ-00026 |
| | : | 3:18-MJ-00027 |
| MICHAEL PAUL MISELIS, | : | |
| | : | |
| THOMAS WALTER GILLEN, | : | |
| | : | |
| COLE EVAN WHITE | : | |

## MOTION TO UNSEAL

Comes now the United States of America through its attorney and moves to unseal the above-captioned case.

All four defendants have been arrested and are awaiting their initial hearing.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

/s/
Christopher Kavanaugh
Assistant United States Attorney

Date: October 2, 2018

1