CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : CASE NO. | 3:18-MJ-00024 |
| | : | 3:18-MJ-00025 |
| BENJAMIN DRAKE DALEY, | : | 3:18-MJ-00026 |
| | : | 3:18-MJ-00027 |
| MICHAEL PAUL MISELIS, | : | |
| | : | |
| THOMAS WALTER GILLEN, | : | |
| | : | |
| COLE EVAN WHITE | : | |

## ORDER

Upon motion of the United States Government, by counsel and for good cause shown, it is hereby,

ORDERED

that the sealed documents listed in the Government's motion in the above-captioned case previously filed sealed be unsealed and open for inspection.

The Clerk of this Court shall certify a copy of this Order to Christopher Kavanaugh, Assistant United States Attorney, 255 W. Main Street, Room 130, Charlottesville, Virginia 22902.

ENTERED this 2nd day of October, 2018.

The Honorable Joel C. Hoppe
United States Magistrate Judge